# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ANITA B. CARR,

        Plaintiff(s),

v.

LIBERTY LIFE ASSURANCE COMPANY, et al

        Defendant(s).

CASE NO. C05-3190BZ

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Steven P. Krafchick, an active member in good standing of the bar of Washington State, whose business address and telephone number is 2701 First Avenue, Suite 340  Seattle, WA 98121  (206)374-7370, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Anita B. Carr.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 17 Aug 05

                                                United States District Judge