PAMELA E. COGAN (SBN 105089)
pcogan@ropers.com
KATHRYN C. CURRY (SBN 157099)
kcurry@ropers.com
ERIN A. CORNELL (SBN 227135)
ecornell@ropers.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA B. CARR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY, a Massachusetts Corporation, and PROVIDIAN BANCORP SERVICES, a domestic corporation,<br><br>　　　　Defendants. | CASE NO. C 05-3190 (TEH)<br><br>**STIPULATION TO EXTEND THE TIME FOR LIBERTY LIFE ASSURANCE COMPANY OF BOSTON TO RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED BETWEEN Liberty Life Assurance Company of Boston and Anita B. Carr through their respective counsel of record that defendant Liberty Life Assurance Company of Boston's time to respond to Plaintiff's Complaint shall be extended up to and including September 16, 2005.

| | | |
|---|---|---|
| 1 | Dated: September 12th, 2005 | PILLSBURY & LEVINSON, LLP<br>ARNOLD LEVINSON |
| 2 | | |
| 3 | | KRAFCHICK LAW FIRM |
| 4 | | |
| 5 | | By: *[signature]*<br>STEVEN P. KRAFCHICK |
| 6 | | Attorneys for Plaintiff<br>ANITA B. CARR |
| 7 | Dated: September 12, 2005 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 8 | | |
| 9 | | By: *[signature]* |
| 10 | | PAMELA E. COGAN |
| 11 | | KATHRYN C. CURRY<br>ERIN A. CORNELL |
| 12 | | Attorneys for Defendant<br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RCI/381026.1/EAC — 2 —

STIPULATION TO EXTEND THE TIME FOR
LIBERTY TO RESPOND TO THE COMPLAINT
C 05-3190 (TEH)