1  PAMELA E. COGAN (SBN 105089)
   pcogan@ropers.com
2  KATHRYN C. CURRY (SBN 157099)
   kcurry@ropers.com
3  ERIN A. CORNELL (SBN 227135)
   ecornell@ropers.com
4  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street
5  Redwood City, CA 94063
   Telephone:   (650) 364-8200
6  Facsimile:   (650) 780-1701

7  Attorneys for Defendant
   LIBERTY LIFE ASSURANCE COMPANY OF
8  BOSTON

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12  ANITA B. CARR,                    CASE NO. C 05-3190 (TEH)

13              Plaintiff,             **STIPULATION TO EXTEND THE TIME FOR LIBERTY LIFE ASSURANCE COMPANY OF BOSTON TO RESPOND TO THE COMPLAINT**

14      v.

15  LIBERTY LIFE ASSURANCE
    COMPANY, a Massachusetts Corporation,
16  and PROVIDIAN BANCORP SERVICES,
    a domestic corporation,
17
                Defendants.
18

19       IT IS HEREBY STIPULATED BETWEEN Liberty Life Assurance Company of Boston

20  and Anita B. Carr through their respective counsel of record that defendant Liberty Life

21  Assurance Company of Boston's time to respond to Plaintiff's Complaint shall be extended up to

22  and including September 16, 2005.

23

24

25                                    IT IS SO ORDERED
                                      [signature]
26
                                      Judge Thelton E. Henderson
27
            Sept. 13, 2005
28

RC1/381026.1/EAC              - 1 -    STIPULATION TO EXTEND THE TIME FOR
                                       LIBERTY TO RESPOND TO THE COMPLAINT
                                       C 05-3190 (TEH)

| | | |
|---|---|---|
| 1 | Dated: September 12th, 2005 | PILLSBURY & LEVINSON, LLP<br>ARNOLD LEVINSON |
| 2 | | |
| 3 | | KRAFCHICK LAW FIRM |
| 4 | | |
| 5 | | By: *[signature]*<br>STEVEN P. KRAFCHICK |
| 6 | | Attorneys for Plaintiff<br>ANITA B. CARR |
| 7 | | |
| 8 | Dated: September 12, 2005 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 9 | | |
| 10 | | By: *[signature]*<br>PAMELA E. COGAN |
| 11 | | KATHRYN C. CURRY<br>ERIN A. CORNELL |
| 12 | | Attorneys for Defendant<br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RCI/381026.1/EAC

- 2 -

STIPULATION TO EXTEND THE TIME FOR
LIBERTY TO RESPOND TO THE COMPLAINT
C 05-3190 (TEH)