1 | Kathleen Maylin (SBN 155371)
2 | Allison M. Dibley (SBN 213104)
  | JACKSON LEWIS LLP
3 | 199 Fremont Street, 10th Floor
  | San Francisco, California 94105
4 | Telephone: (415) 394-9400
  | Facsimile: (415) 394-9401

5 | Attorneys for Defendant
6 | PROVIDIAN BANCORP SERVICES

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| ANITA B. CARR, | Case No. C 05-03190 TEH |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY, a Massachusetts Corporation, and PROVIDIAN BANCORP SERVICES, a domestic corporation, | Complaint Filed: 08/05/05 |
| Defendants. | |

The parties hereto agree that defendant PROVIDIAN BANCORP SERVICES shall have up to and including October 3, 2005 to respond to the Complaint filed by plaintiff ANITA B. CARR in the above-entitled matter.

Dated: September 13, 2005                        JACKSON LEWIS LLP

                                                 By: _____
                                                 Kathleen Maylin
                                                 Allison M. Dibley
                                                 Attorneys for Defendant
                                                 PROVIDIAN BANCORP SERVICES

///
///
///

IT IS SO ORDERED
Judge Thelton E. Henderson

STIP. FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT                Case No.: C 05-03190 TEH

1  Dated: September 12th, 2005            KRAFCHICK LAW FIRM
2
3                                         By 
                                          Steven P. Krafchick
4                                         Attorneys for Plaintiff
                                          ANITA B. CARR
5
6  H:\P\Providian Financial (60940)\Carr, Anita (86177)\Pleadings\Stip to Extend Deadline.doc
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28