1  DAVID J. REIS (No. 155782)
   DIPANWITA DEB AMAR (No. 184779)
2  HOWARD RICE NEMEROVSKI CANADY FALK
       & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California  94111-4024
   Telephone:    415/434-1600
5  Facsimile:    415/217-5910

6  Attorneys for Defendants
   PROVIDIAN BANCORP SERVICES AND
7  PROVIDIAN FINANCIAL HEALTH PLAN

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

| | |
|---|---|
| ANITA B. CARR,<br><br>             Plaintiff,<br><br>   v.<br><br>LIBERTY LIFE ASSURANCE COMPANY, et al.,<br><br>             Defendants. | No. C 05-03190 TEH<br><br>Action Filed: August 5, 2005<br><br>STIPULATION FOR EXTENSION OF TIME FOR PROVIDIAN BANCORP SERVICES AND PROVIDIAN FINANCIAL HEALTH PLAN TO RESPOND TO COMPLAINT<br><br>Place:   Courtroom 12<br>Judge:   Hon. Thelton E. Henderson<br><br>Trial Date:   None Set |

   Defendants Providian Bancorp Services and Providian Financial Health Plan (collectively "Defendants") and Plaintiff Anita B. Carr ("Plaintiff") hereby agree that Defendants shall have up to and including November 11, 2005 to respond to the First Amended Complaint filed by Plaintiff in this action.

   IT IS SO ORDERED
   /s/ Thelton E. Henderson
   Judge Thelton E. Henderson

STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING      C 05-03190 TEH
                                 -1-

DATED: October __, 2005.

DAVID J. REIS
DIPANWITA DEB AMAR
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____
         DIPANWITA DEB AMAR

Attorneys for Defendants PROVIDIAN BANCORP SERVICES AND PROVIDIAN FINANCIAL HEALTH PLAN

DATED: October __, 2005.

STEVEN P. KRAFCHICK
KRAFCHICK LAW FIRM

By: _____
         STEVEN KRAFCHICK

Attorneys for Plaintiff ANITA B. CARR

W03 101705-159230004/W09/1246889/v1