DAVID J. REIS (No. 155782)
DIPANWITA DEB AMAR (No. 184779)
HOWARD RICE NEMEROVSKI CANADY FALK
    & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910

Attorneys for Defendants
PROVIDIAN BANCORP SERVICES AND
PROVIDIAN FINANCIAL HEALTH PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANITA B. CARR, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY LIFE ASSURANCE COMPANY, et al., <br><br> Defendants. | No. C 05-03190 TEH <br><br> Action Filed: August 5, 2005 <br><br> SUPPLEMENTAL STIPULATION FOR EXTENSION OF TIME FOR PROVIDIAN BANCORP SERVICES AND PROVIDIAN FINANCIAL HEALTH PLAN TO RESPOND TO COMPLAINT <br><br> Place:   Courtroom 12 <br> Judge:   Hon. Thelton E. Henderson <br><br> Trial Date:   None Set |

Defendants Providian Bancorp Services and Providian Financial Health Plan (collectively "Defendants") and Plaintiff Anita B. Carr ("Plaintiff") hereby agree that Defendants shall have up to and including November 28, 2005 to respond to the First Amended Complaint filed by Plaintiff in this action.

| | |
|---|---|
| 1  DATED: November 10, 2005. | DAVID J. REIS |
| 2 | DIPANWITA DEB AMAR |
|   | HOWARD RICE NEMEROVSKI CANADY |
| 3 |     FALK & RABKIN |
|   | A Professional Corporation |

By: _____
       DIPANWITA DEB AMAR

Attorneys for Defendants PROVIDIAN BANCORP SERVICES AND PROVIDIAN FINANCIAL HEALTH PLAN

DATED: November 10, 2005.

STEVEN P. KRAFCHICK
KRAFCHICK LAW FIRM

By: _____
       STEVEN KRAFCHICK

Attorneys for Plaintiff ANITA B. CARR

**IT IS SO ORDERED**
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11/14/05

W03 110905-15923000

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation