1  PAMELA E. COGAN (SBN 105089)
   pcogan@ropers.com
2  KATHRYN C. CURRY (SBN 157099)
   kcurry@ropers.com
3  ERIN A. CORNELL (SBN 227135)
   ecornell@ropers.com
4  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street
5  Redwood City, CA  94063
   Telephone:   (650) 364-8200
6  Facsimile:   (650) 780-1701

7  Attorneys for Defendant
   LIBERTY LIFE ASSURANCE COMPANY OF
8  BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA B. CARR,<br><br>  Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY; PROVIDIAN BANCORP SERVICES, PROVIDIAN FINANCIAL HEALTH PLAN,<br><br>  Defendants. | CASE NO. C 05-3190 TEH<br><br>**JOINT STATUS REPORT OF PLAINTIFF AND LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND [PROPOSED] ORDER GRANTING A TWO WEEK CONTINUANCE TO FURTHER MEET AND CONFER** |

Pursuant to the Court's Order filed on January 10, 2006, plaintiff Anita Carr and defendant Liberty Life Assurance Company of Boston ("Liberty Life") met an conferred regarding the status of this case in light of the dismissal of co-defendants Providian Bancorp Services and Providian Financial Health Plan in favor of binding arbitration. The court ordered the parties to either stipulate to the dismissal of Liberty or file a joint statement regarding their respective positions by January 18, 2006. Liberty, however, needs additional time in order to make a determination as to whether it will agree to dismissal and binding arbitration. The dismissal of the Providian defendants has raised complex legal issues. Accordingly, the parties request an additional two weeks, up to and including, February 1, 2006 to file a stipulation and

RC1/3921151/KCC                                                  - 1 -                              JOINT STATUS REPORT AND ORDER
                                                                                                    GRANTING A CONTINUANCE C 05-3190 TEH

01/18/2006 WED 14:00 FAX 206 374 7377 Krachick law firm  ☒003/003
Case 3:05-cv-03190-TEH   Document 40   Filed 01/19/06   Page 2 of 2
01/17/2006 18:03 FAX 650 780 1701    ROPERS MAJESKI RWC    ☒003

1  proposed order of dismissal or a joint statement.

2  Dated: January 18, 2006                    KRAFCHICK LAW FIRM

4                                              By: /s/ Steven P. Krafchick
5                                              STEVEN P. KRAFCHICK
                                               Attorneys for Plaintiff
6                                              ANITA B. CARR

8  Dated: January 18, 2006                    ROPERS, MAJESKI, KOHN & BENTLEY

9                                              By: /s/ Kathryn C. Curry
10                                             PAMELA E. COGAN
                                               KATHRYN C. CURRY
11                                             ERIN A. CORNELL
                                               Attorneys for Defendant
12                                             LIBERTY LIFE ASSURANCE
                                               COMPANY OF BOSTON
13

14                                    **ORDER**

15

16     IT IS SO ORDERED. Plaintiff Anita Carr and Defendant Liberty Life Assurance

17  Company of Boston shall file a Stipulation and Order dismissing Liberty Life from this action or

18  shall file a joint statement regarding their respective positions by **February 1, 2006.**

19  DATED: January 18, 2006

20                                             Honorable Thelton E. Henderson
                                               UNITED STATES DISTRICT COURT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]

RC1/392115.1/KCC                   - 2 -       JOINT STATUS REPORT AND ORDER
                                               GRANTING A CONTINUANCE C 05-3190 TEH