PAMELA E. COGAN (SBN 105089)
pcogan@ropers.com
KATHRYN C. CURRY (SBN 157099)
kcurry@ropers.com
ERIN A. CORNELL (SBN 227135)
ecornell@ropers.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA CARR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY; PROVIDIAN BANCORP SERVICES,<br><br>　　　　Defendants. | CASE NO. C 05-3190 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT LIBERTY LIFE ASSURANCE COMPANY TO ATTEND BINDING ARBITRATION** |

IT IS HEREBY STIPULATED by and between plaintiff ANITA CARR and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, through their respective counsel of record, that the Hearing on plaintiff's Motion to Compel Defendant Liberty Life Assurance Company to Attend Binding Arbitration, currently scheduled for **April 10, 2006** is hereby continued one week to **April 17, 2006** at 10:00 a.m. in Courtroom No. 12, 19th floor Federal Building. The parties further agree that the time for filing the opposition brief will be continued one week to March 27, 2006, and the time for filing the reply brief will be continued one week to April 3, 2006. Attorneys for defendant requested and plaintiff agreed to the short continuance due to the unavailability of Pamela E. Cogan and Kathryn C. Curry on the originally scheduled date. Ms. Cogan will be out of town attending pre-paid and pre-schedule vacation and and Ms.

1 | Curry will be out of town attending a hearing on another motion.

2 | //

Dated: March 16, 2006                                KRAFCHICK LAW FIRM

By: ___/S/_____
STEVEN F. KRAFCHICK
Attorneys for Plaintiff
ANITA CARR

Dated: March 16, 2006                                ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
KATHRYN C. CURRY
ERIN A. CORNELL
Attorneys for Defendant
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

## PROPOSED ORDER

**IT IS SO ORDERED.**

The Hearing on plaintiff's Motion to Compel Defendant Liberty Life Assurance Company to Attend Binding Arbitration in this action will now be held on Monday, **April 17, 2006** at 10:00 a.m.

Date: _____              _____
                                    The Honorable Thelton E. Henderson

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City