1  PAMELA E. COGAN (SBN 105089)
   pcogan@ropers.com
2  KATHRYN C. CURRY (SBN 157099)
   kcurry@ropers.com
3  ERIN A. CORNELL (SBN 227135)
   ecornell@ropers.com
4  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street
5  Redwood City, CA 94063
   Telephone:    (650) 364-8200
6  Facsimile:    (650) 780-1701

7  Attorneys for Defendant
   LIBERTY LIFE ASSURANCE COMPANY OF
8  BOSTON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA CARR,<br><br>                Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY; PROVIDIAN BANCORP SERVICES,<br><br>                Defendants. | CASE NO. C 05-3190 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT LIBERTY LIFE ASSURANCE COMPANY TO ATTEND BINDING ARBITRATION** |

IT IS HEREBY STIPULATED by and between plaintiff ANITA CARR and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, through their respective counsel of record, that the Hearing on plaintiff's Motion to Compel Defendant Liberty Life Assurance Company to Attend Binding Arbitration, currently scheduled for **April 10, 2006** is hereby continued one week to **April 17, 2006** at 10:00 a.m. in Courtroom No. 12, 19th floor Federal Building. The parties further agree that the time for filing the opposition brief will be continued one week to March 27, 2006, and the time for filing the reply brief will be continued one week to April 3, 2006. Attorneys for defendant requested and plaintiff agreed to the short continuance due to the unavailability of Pamela E. Cogan and Kathryn C. Curry on the originally scheduled date. Ms. Cogan will be out of town attending pre-paid and pre-schedule vacation and and Ms.

1  Curry will be out of town attending a hearing on another motion.

2  / /

3  Dated: March 16, 2006                    KRAFCHICK LAW FIRM

4

5                                           By:_____/S/_____
                                             STEVEN F. KRAFCHICK
6                                            Attorneys for Plaintiff
                                             ANITA CARR

7

8  Dated: March 16, 2006                    ROPERS, MAJESKI, KOHN & BENTLEY

9

10                                          By:_____
                                             PAMELA E. COGAN
11                                           KATHRYN C. CURRY
                                             ERIN A. CORNELL
12                                           Attorneys for Defendant
                                             LIBERTY LIFE ASSURANCE
13                                           COMPANY OF BOSTON

14

15                              ~~PROPOSED~~ ORDER

16  **IT IS SO ORDERED.**

17   The Hearing on plaintiff's Motion to Compel Defendant Liberty Life Assurance Company

18  to Attend Binding Arbitration in this action will now be held on Monday, **April 17, 2006** at 10:00

19  a.m.

20  Date: 03/17/06

21                                            _____
                                                              E. Henderson

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson)