Steven P. Krafchick
Washington State Bar No. 13542
Admitted Pro Hac Vice
KRAFCHICK LAW FIRM
2701 1st Ave., Suite 340
Seattle, WA 98121
(206) 374-7370 (Telephone)
(206) 374-7377 (Facsimile)
klf@krafchick.com

Attorneys for Plaintiff
ANITA B. CARR

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## AT SAN FRANCISCO

| ANITA B. CARR, | NO. C 05-3190 THE |
|---|---|
| Plaintiff. | THIRD STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT LIBERTY LIFE ASSURANCE COMPANY TO ATTEND BINDING ARBITRATION |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY, a Massachusetts Corporation, and PROVIDIAN BANCORP SERVICES, a domestic corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff ANITA CARR and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, through their respective counsel of record, that the Hearing on plaintiff's Motion to Compel Defendant Liberty Life Assurance Company to Attend Binding Arbitration, currently scheduled for **May 8, 2006** is hereby continued to **May 22, 2006**, at 10:00 a.m. in Courtroom No. 12, 19th floor Federal Building. Attorneys for plaintiff requested and defendants have agreed to this short continuance. The legal assistant to Krafchick Law Firm, Julia Busko, was not aware that a long standing appointment on the calendar

3rd S&O CONTINUING
PLAINTIFF'S MOTION TO COMPEL - 1

KRAFCHICK LAW FIRM
2701 First Avenue, Suite 340
Seattle, Washington 98121
(206) 374-7370  Fax (206) 374-7377

was to be attended by plaintiff's counsel, Steven Krafchick, and herself when she coordinated with defendant's counsel the 2nd continuance.

For the Court's information, the first continuance was at the request of defendant's counsel. The second continuance was requested due to plaintiff's counsel still being in trial in Alameda County Superior Court. This third continuance is requested due to software training being held at the Krafchick Law Firm. Mr. Krafchick, his assistant, and approximately 10 other lawyers in the Seattle area have an instructor flying in from Needles Software for two days of training.

Mr. Krafchick is the only attorney at Krafchick Law Firm able to appear in front of this court. Attorneys for plaintiff can assure the court and defendants' attorneys that no further continuances will be requested in this matter.

Dated: April 25, 2006

KRAFCHICK LAW FIRM

By: /S/
STEVEN P. KRAFCHICK
Attorney for Plaintiff
ANITA CARR

Dated: May 1, 2006

ROPERS, MAJESKI, KOHN & BENTLEY

By: [signature]
PAMELA E. COGAN
KATHRYN C. CURRY
ERIN A CORNELL
Attorneys for Defendant
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

PROPOSED ORDER

3rd S&O CONTINUING
PLAINTIFF'S MOTION TO COMPEL - 2

KRAFCHICK LAW FIRM
2701 First Avenue, Suite 340
Seattle, Washington 98121
(206) 374-7370 Fax (206) 374-7377

**IT IS SO ORDERED.**

The Hearing on plaintiff's Motion to Compel Defendant Liberty Life Assurance Company to Attend Binding Arbitration in this action will now be held on Monday, **May 22, 2006** at 10:00 a.m.

Date: _____

_____
THE HONORABLE THELTON E. HENDERSON

3rd S&O CONTINUING
PLAINTIFF'S MOTION TO COMPEL - 3

KRAFCHICK LAW FIRM
2701 First Avenue, Suite 340
Seattle, Washington 98121
(206) 374-7370  Fax (206) 374-7377