IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANITA B. CARR,

            Plaintiff,

      v.

LIBERTY LIFE ASSURANCE COMPANY, et al.,

            Defendants.

NO. C05-3190 TEH

ORDER FILING DOCUMENT UNDER SEAL

    The Court is in receipt of a letter from Plaintiff Anita Carr, dated October 20, 2008. With good cause appearing, IT IS HEREBY ORDERED that such letter be filed under seal. The Clerk shall serve a copy of this order on Plaintiff at the following address: 11801 Bloomington Way, Dublin, CA 94568.

**IT IS SO ORDERED.**

Dated: 10/23/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT