IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANITA B. CARR,

          Plaintiff,

     v.

LIBERTY LIFE ASSURANCE COMPANY, et al.,

          Defendants.

NO. C05-3190 TEH

<u>ORDER CONTINUING STATUS CONFERENCE AND VACATING OCTOBER 8, 2008 ORDER TO SHOW CAUSE</u>

Upon careful consideration of Steven Krafchick's response to this Court's October 8, 2008 order to show cause, the Court finds good cause to VACATE the order to show cause against both Mr. Krafchick and Arnold Levinson. As Mr. Krafchick admits, he erred in this case by failing to respond to the pending motion to confirm arbitration award. Nonetheless, the Court opts not to impose any sanctions at this time.

IT IS FURTHER ORDERED that both Mr. Krafchick and Mr. Levinson shall be terminated as attorneys of record for Plaintiff Anita Carr. Any further filings shall be served on Ms. Carr directly, unless and until an attorney enters an appearance on her behalf. Ms. Carr is HEREBY ORDERED to keep the Court and opposing counsel informed if there are any changes to her contact information.

In addition, although the Court lacks authority to grant Ms. Carr the relief she sought in her letter dated October 20, 2008, and subsequently filed under seal, the Court will grant Ms. Carr additional time in which to seek substitute counsel. Accordingly, IT IS HEREBY ORDERED that:

1. The status conference currently set for November 3, 2008, is CONTINUED to **December 15, 2008, at 1:30 PM.**

2. If Ms. Carr is represented by counsel by that date, then she may appear through counsel and need not personally appear.

3. If Ms. Carr has not yet located substitute counsel by that date, then she shall personally appear at the status conference. In addition, she shall come to the status conference prepared to present to the Court a written list of counsel she has contacted, including contact information and date contacted.

4. If Ms. Carr fails to appear at the December 8, 2008 status conference either in person or through counsel, then this Court will have no choice but to conclude that Ms. Carr no longer wishes to pursue any claims she may have remaining in this case.[1] Consequently, the Court will grant Defendant Liberty Life Assurance Company's motion to confirm arbitration award as unopposed.

**IT IS SO ORDERED.**

Dated: 10/29/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Court makes no determination at this time as to whether the deadline for Ms. Carr to challenge the arbitration award has expired. Nor does the Court's continuance of the status conference date extend any statutory or other deadlines that apply to this case.