**United States District Court**
For the Northern District of California

1

2

3              IN THE UNITED STATES DISTRICT COURT

4              FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

7    ANITA B. CARR,

8                        Plaintiff,                    NO. C05-3190 TEH

9              v.                                      ORDER RE: PLAINTIFF'S
                                                       CORRESPONDENCE
10   LIBERTY LIFE ASSURANCE
     COMPANY, et al.,
11
                        Defendants.
12

13

14        The Court is in receipt of two letters, dated October 27, 2008, and October 29, 2008,

15   from Plaintiff Anita Carr.  The October 27 letter refers to communications Ms. Carr had with

16   her former attorney, and the Clerk shall therefore file this letter under seal to protect against

17   inadvertent disclosure of information that may be subject to the attorney-client privilege.

18   The October 29 letter contains no confidential or potentially privileged information, and the

19   Clerk shall therefore file this letter in the public record.[1]

20        The Court is filing these letters, as it has filed Ms. Carr's previous letters to the Court,

21   because the Court cannot engage in *ex parte* communications with the parties.  This means

22   that Ms. Carr cannot have private communications with the Court to the exclusion of

23   Defendants' counsel.

24         Further communication from Ms. Carr to the Court prior to the December 15, 2008

25   case management conference does not appear to be necessary.  However, if Ms. Carr wishes

26   to communicate with the Court, she should do so by filing a document using the Court's

27        [1]In her October 29 letter, Ms. Carr states that she is unavailable to appear on
     November 3.  However, the Court has already continued the November 3 case management
28   conference to December 15, 2008.

1   electronic case filing ("ECF") system.  Information on how to register with and use ECF may

2   be found on the following website: https://ecf.cand.uscourts.gov/cand/index.html.

3

4   **IT IS SO ORDERED.**

5

6   Dated:   11/03/08

7   THELTON E. HENDERSON, JUDGE
    UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California