IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANITA B. CARR,

          Plaintiff,

    v.

LIBERTY LIFE ASSURANCE COMPANY, et al.,

          Defendants.

NO. C05-3190 TEH

ORDER RE: PLAINTIFF'S OCTOBER 31, 2008 LETTER TO THE COURT

The Court is in receipt of a letter, dated October 31, 2008, from Plaintiff Anita Carr. This letter was sent prior to the Court's order, issued on November 3, 2008, explaining that any future correspondence from Plaintiff must be submitted via the Court's electronic case filing ("ECF") system.

In its November 3, 2008 order, the Court also explained that Ms. Carr cannot communicate with the Court to the exclusion of Defendants' counsel. Because Ms. Carr may not have been aware of this when sending her October 31, 2008 letter, and because Ms. Carr requested that her October 20, 2008 letter, which concerned a similar subject, not be shared with the public, the Court is returning Ms. Carr's October 31, 2008 letter to her. If Ms. Carr wishes her most recent letter to be part of the record in this case, she shall re-submit it using the ECF system. The Court advises Ms. Carr, however, that it has no authority to grant the relief she requests in her letter.

**IT IS SO ORDERED.**

Dated: 11/04/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT