IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANITA B. CARR,

                Plaintiff,

    v.

LIBERTY LIFE ASSURANCE COMPANY, et al.,

                Defendants.

NO. C05-3190 TEH

FURTHER ORDER RE: PLAINTIFF'S CORRESPONDENCE

    Plaintiff Anita Carr has telephoned the Court expressing concern that the Court's requirement that she communicate with the Court via the electronic case filing ("ECF") system will cause her financial hardship. However, there is no additional fee for filing documents via ECF. While there is a charge for viewing documents multiple times, the Court at this time will continue to serve Plaintiff with hard copies of orders, and Defendants are ordered to do the same with any filings they may have between now and the December 15, 2008 case management conference. If Plaintiff is unable to find substitute counsel, the Court will reconsider whether Plaintiff must participate fully in ECF or whether she should be relieved of using ECF after demonstrating financial hardship. The Court reiterates that more information on ECF may be found online: https://ecf.cand.uscourts.gov/cand/index.html. Plaintiff may also call the ECF help desk at (866) 638-7829.

**IT IS SO ORDERED.**

Dated: 11/17/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT