LAURENCE F. PADWAY, 083914
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501

Voice : (510) 814-0600
Fax   : (510) 814-0650

Attorney for plaintiff, Anita Carr

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA B. CARR, | No. C 05-03190 TEH |
| Plaintiff, | Date: February 9, 2009<br>Time: 10:00 a.m. |
| vs. | |
| LIBERTY LIFE ASSURANCE COMPANY, et al., | |
| Defendant. | |

**DECLARATION OF LAURENCE F. PADWAY**

I, Laurence F. Padway, hereby declare under penalty of perjury that:

1. I am the attorney for plaintiff, Anita Carr.

2. I attach as an exhibit hereto a document which I am informed and believe is the Summary Plan Description produced by the Plan in this case.

Executed this 31st day of December, 2008, at Alameda, California.


/s/_____
Laurence F. Padway