IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANITA B. CARR,

                Plaintiff,

     v.

LIBERTY LIFE ASSURANCE COMPANY, et al.,

                Defendants.

NO. C05-3190 TEH

ORDER DENYING PLAINTIFF'S POST-JUDGMENT MOTIONS

      On February 25, 2009, Plaintiff Anita B. Carr filed a substitution of counsel stating that she wishes to remove Larry Padway as her counsel of record and proceed pro se. On the same date, she filed a motion for leave to file a motion for reconsideration, a motion to set aside the judgment, a motion to vacate the arbitration, and a motion for discovery. Plaintiff's request to terminate Mr. Padway as her counsel of record is GRANTED. All of her other motions are DENIED. For the reasons stated in the Court's January 29, 2009 order, Defendants are entitled to judgment following an arbitration that Plaintiff requested and an arbitration award that Plaintiff did not move to vacate or modify within the appropriate time limitations. While Plaintiff may be able to pursue complaints of attorney misconduct in another forum, the fact that she now complains of poor representation by her prior counsel does not present good cause for this Court to set aside the judgment, vacate the arbitration award, or re-open this case.

**IT IS SO ORDERED.**

Dated: 02/27/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT