IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA B. CARR,<br><br>            Plaintiff,<br><br>    v.<br><br>LIBERTY LIFE ASSURANCE COMPANY, et al.,<br><br>            Defendants. | NO. C05-3190 TEH<br><br><u>ORDER GRANTING PLAINTIFF'S MOTIONS TO PROCEED IN FORMA PAUPERIS AND FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL</u> |

    With good cause appearing, Plaintiff Anita Carr's motion to proceed in forma pauperis is hereby GRANTED.

    Her motion for an extension of time to file a notice of appeal is also GRANTED. Plaintiff shall have until **April 10, 2009,** to file a notice of appeal.

**IT IS SO ORDERED.**

Dated: 03/27/09

                              THELTON E. HENDERSON, JUDGE
                              UNITED STATES DISTRICT COURT